# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**UNITED STATES OF AMERICA**

-vs-

**HARRY QUINONES**

Case Number: **6:98-CR-230-ORL-18GJK**

USM Number:**23295-018**

**Stephen Langs, AFPD**
201 S. Orange Ave. Suite 300
Orlando, FL 32801

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Probation or Supervised Release

The defendant admitted guilt to violation charge number 3 of the term of supervision. The defendant is adjudicated guilty of these violation charge numbers:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | New Criminal Conduct, Possession of Cocaine with Intent to Sell or Deliver. | November 24, 2007 |

Violations 1, 2, 4 and 5 are dismissed on the motion of the United States.

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Date of Imposition of Sentence:

11/03/2008

_____
ANNE C. CONWAY
CHIEF UNITED STATES DISTRICT JUDGE

November ___3___,2008

HARRY QUINONES  
98-CR-230-ORL-18GJK

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **30 Months**. This term shall run consecutive with the term in Hillsborough County, Circuit Court, Tampa case number 07-CF-24520.

It is FURTHER ORDERED that upon release from imprisonment, Defendant is released from further supervision by the court.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

                                                        UNITED STATES MARSHAL

                                       By:_____  
                                                   Deputy U.S. Marshal